UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| YOUNG BOK SONG, | ) |
| Petitioner, | ) ) ) |
| v. | ) NO. 3:11-cv-1082 |
| JOHNNY FITZ, | ) ) ) |
| Respondent. | ) ) |

# ORDER

Mr. Song's Objections (Doc. Nos. 129 and 130) are **OVERRRULED**; the Magistrate Judge's R&R (Doc. No. 128) is **ADOPTED**; and Song's Second Amended Petition for Writ of Habeas Corpus (Doc. No. 72) is **DENIED** for the reasons stated in the R&R and this Court's contemporaneously filed Memorandum Opinion.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE